**CLOSING**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| WILLIS COCO,<br><br>    *Plaintiff*,<br>v.<br><br>561 SUMMIT REALTY LLC, ELITE MANAGEMENT HOLDINGS LLC, SAM PESSAR, and YONI PESSAR,<br><br>    *Defendants*. | Civil Action No. 17-6265<br><br>ORDER |

**THIS MATTER** having come before the Court by way of the Honorable Leda Dunn Wettre's Report and Recommendation dated October 9, 2018, in which Judge Wettre recommended that this matter be dismissed without prejudice pursuant to Fed. R. Civ. P. 16(f)(1) and 37(b)(2)(A);

and it appearing that neither Defendants nor Plaintiff in this matter have filed any objections to the Report and Recommendation;

and for the reasons set forth in Judge Wettre's Report and Recommendation;

**IT IS** on this 31st day of October, 2018;

**ORDERED** that Judge Wettre's Report and Recommendation dated October 9, 2018, is **ADOPTED**; and it is further

**ORDERED** that this case is dismissed without prejudice.

*/s Madeline Cox Arleo*
**HON. MADELINE COX ARLEO**
UNITED STATES DISTRICT JUDGE